B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Alamoodi, Jocelyn M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Jocelyn Lyles** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3131** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2218 W. 80th Place**<br>**Chicago, IL**<br><div align=right>ZIP Code<br>**60620**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>■ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13     of a Foreign Nonmain Proceeding |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,   ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as     business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br>☐ Full Filing Fee attached<br><br>■ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Alamoodi, Jocelyn M.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **NORTHEN** | Case Number: **12-30932** | Date Filed: **8/03/12** |
| Location Where Filed:  **NORTHERN** | Case Number: **12-09723** | Date Filed: **3/12/12** |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ S. M. de Rath, Esq.**          **August 21, 2015**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**S. M. de Rath, Esq. 6206809** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)       Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Alamoodi, Jocelyn M.** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ Jocelyn M. Alamoodi**
_____
Signature of Debtor   **Jocelyn M. Alamoodi**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 21, 2015**
_____
Date

**Signature of Attorney***

X   **/s/ S. M. de Rath, Esq.**
_____
Signature of Attorney for Debtor(s)

**S. M. de Rath, Esq. 6206809**
_____
Printed Name of Attorney for Debtor(s)

**Attorney S.M.de Rath, Esq.**
_____
Firm Name

**233 S. Wacker Dr, 84th FL**
**Chicago, IL 60606**

_____
Address

**312-283-8606**
_____
Telephone Number

**August 21, 2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

01/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:

Jocelyn M. Alamoodi

)
)
)
)
)
)

Chapter **7**
Bankruptcy Case No.

Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING
## PETITION AND ACCOMPANYING DOCUMENTS

### DECLARATION OF PETITIONER(S)

A.    [To be completed in all cases]

I(We), **Jocelyn M. Alamoodi**, the undersigned debtor(s), corporate officer, partner, or member hereby declare under penalty of perjury that (1) the information I(we) have given my (our) attorney is true and correct; (2) I(we) have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B.    [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

⎵ I, _____, the undersigned, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

**Jocelyn M. Alamoodi**
Printed or Typed Name of Debtor or Representative

Jocelyn M. Alamoodi (Aug 21 2015)
Signature of Debtor or Representative

**August 21, 2015**
Date

Printed or Typed Name of Joint Debtor

Signature of Joint Debtor

Date

B1 (Official Form 1)(04/13)                                                                                    Page 3

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Alamoodi, Jocelyn M.** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Jocelyn M. Alamoodi**
Signature of Debtor   **Jocelyn M. Alamoodi**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**August 21, 2015**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

**Signature of Attorney***

**X** **/s/ S. M. de Rath, Esq.**
Signature of Attorney for Debtor(s)

**S. M. de Rath, Esq. 6206809**
Printed Name of Attorney for Debtor(s)

**Attorney S.M.de Rath, Esq.**
Firm Name

**233 S. Wacker Dr, 84th FL**
**Chicago, IL 60606**

Address

**312-283-8606**
Telephone Number

**August 21, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jocelyn M. Alamoodi**                                      Case No. _____
                                          Debtor(s)         Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                        Page 2

       ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐ Active military duty in a military combat zone.

       ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Jocelyn M. Alamoodi**
                           **Jocelyn M. Alamoodi**

Date:   **August 21, 2015**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Jocelyn M. Alamoodi**

                        **Jocelyn M. Alamoodi**

Date:   **August 21, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Jocelyn M. Alamoodi**

Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 44,708.65 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 33,032.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 298,508.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 592.08 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,049.00 |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| Total Assets | | | 44,708.65 | | |
| Total Liabilities | | | | 331,540.99 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Jocelyn M. Alamoodi** _____ ,

                                           Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 33,032.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 52,825.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 85,857.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 12) | 592.08 |
| Average Expenses (from Schedule J, Line 22) | 1,049.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 423.60 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 33,032.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 298,508.99 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 298,508.99 |

B6A (Official Form 6A) (12/07)

In re    **Jocelyn M. Alamoodi**                                                    Case No. _____
_____,
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Never owned property** | | - | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Jocelyn M. Alamoodi**                                                            ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash: 875.00**<br>**Location: 2218 West 80th Place   Chicago , IL 60620** | - | 875.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: MB Financial Prepaid Debit account**<br>**Location: MB Financial Bank**<br>**8 S State Street**<br>**Chicago, IL 60601** | - | 123.65 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposit with landlord:** | - | **Unknown** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture: Cherry Wood Finish Bedroom set**<br>**Location: 2218 West 80th Place   Chicago , IL 60620** | - | 1,200.00 |
| | | **Appliances: Nurtibullet**<br>**GE Juice Pro**<br>**Location: 2218 West 80th Place   Chicago , IL 60620** | - | 250.00 |
| | | **Office: Hewlett Packard laptop**<br>**Location: 2218 West 80th Place   Chicago , IL 60620** | - | 675.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books-Music: Educational and leisure**<br>**Location: 2218 West 80th Place   Chicago , IL 60620** | - | 3,500.00 |
| 6.  Wearing apparel. | | **Clothes: Apart of daily living**<br>**Location: 2218 West 80th Place   Chicago , IL 60620** | - | 4,500.00 |
| 7.  Furs and jewelry. | | **Furs: 1 Crushed Velvet, Fur Collar coat left to me by my Grandmother. About 40 years older, if not older, coat is dry rotting**<br>**Location: 2218 West 80th Place   Chicago , IL 60620** | | 700.00 |

Sub-Total >        **11,823.65**
(Total of this page)

_3_   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    __Jocelyn M. Alamoodi_____,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Jewelry: 1 Gucci 925 Sterling Silver set 2 Earrings 1 Necklace 1 Bracelet 1 Ring Location: 2218 West 80th Place   Chicago , IL 60620 | - | 850.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Sports-Hobby: Boxing Gloves (Everlast) Location: 2218 West 80th Place   Chicago , IL 60620 | - | 60.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Retirement: Merrill Lynch 401K acct Location: Merrill Lynch of Bank of America | - | 675.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Tax Refund: IRS - received months ago | - | 9,100.00 |

Sub-Total >     10,685.00
(Total of this page)

Sheet __1__ of __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Jocelyn M. Alamoodi**                                        ,   Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Tax Refund Est: IRS refund** | - | 7,200.00 |
| | | **Lawsuit against Howard Johnson - slip and fall 2012 L 003069 - 33.3% to 40% to Law Firm contingency contract** | - | 15,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >    22,200.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                              ,          Case No. _____
                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **44,708.65** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Jocelyn M. Alamoodi**                                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                    $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                            *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash: 875.00** | **735 ILCS 5/12-1001(b)** | **875.00** | **875.00** |
| **Location: 2218 West 80th Place   Chicago , IL 60620** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account: MB Financial Prepaid Debit account** | **735 ILCS 5/12-1001(b)** | **123.65** | **123.65** |
| **Location: MB Financial Bank** | | | |
| **8 S State Street** | | | |
| **Chicago, IL 60601** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Furniture: Cherry Wood Finish Bedroom set** | **735 ILCS 5/12-1001(b)** | **1,200.00** | **1,200.00** |
| **Location: 2218 West 80th Place   Chicago , IL 60620** | | | |
| | | | |
| **Appliances: Nurtibullet** | **735 ILCS 5/12-1001(b)** | **50.00** | **250.00** |
| **GE Juice Pro** | | | |
| **Location: 2218 West 80th Place   Chicago , IL 60620** | | | |
| | | | |
| **Office: Hewlett Packard laptop** | **735 ILCS 5/12-1001(b)** | **440.00** | **675.00** |
| **Location: 2218 West 80th Place   Chicago , IL 60620** | | | |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books-Music: Educational and leisure** | **735 ILCS 5/12-1001(a)** | **3,500.00** | **3,500.00** |
| **Location: 2218 West 80th Place   Chicago , IL 60620** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Clothes: Apart of daily living** | **735 ILCS 5/12-1001(a)** | **4,500.00** | **4,500.00** |
| **Location: 2218 West 80th Place   Chicago , IL 60620** | | | |
| | | | |
| **Furs and Jewelry** | | | |
| **Furs: 1 Crushed Velvet, Fur Collar coat left to me by my Grandmother. About 40 years older, if not older, coat is dry rotting** | **735 ILCS 5/12-1001(b)** | **200.00** | **700.00** |
| **Location: 2218 West 80th Place   Chicago , IL 60620** | | | |
| | | | |
| **Jewelry: 1 Gucci 925 Sterling Silver set 2 Earrings** | **735 ILCS 5/12-1001(b)** | **850.00** | **850.00** |
| **1 Necklace** | | | |
| **1 Bracelet** | | | |
| **1 Ring** | | | |
| **Location: 2218 West 80th Place   Chicago , IL 60620** | | | |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Jocelyn M. Alamoodi**                                        ,   Case No. _____
_____
                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Sports-Hobby: Boxing Gloves (Everlast) Location: 2218 West 80th Place   Chicago , IL 60620 | 735 ILCS 5/12-1001(b) | 60.00 | 60.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Retirement: Merrill Lynch 401K acct Location: Merrill Lynch of Bank of America | 735 ILCS 5/12-1006 | 675.00 | 675.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| Tax Refund: IRS - received months ago | 735 ILCS 5/12-1001(b) | 201.35 | 9,100.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Lawsuit against Howard Johnson - slip and fall 2012 L 003069 - 33.3% to 40% to Law Firm contingency contract | 735 ILCS 5/12-1001(h)(4) | 15,000.00 | 15,000.00 |
| | Total: | 27,675.00 | 37,508.65 |

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Jocelyn M. Alamoodi** , Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re __Jocelyn M. Alamoodi_____,  Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__2__ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re __Jocelyn M. Alamoodi_____,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CO-DEBTOR | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **TICKET NUMBER: YT376707** <br><br> **5TH DISTRICT MUNICIPAL COURT-BRIDGEVIEW** <br> **10220 S 76TH AVE** <br> **ATTEN: TRAFFIC DIVISION** <br> **BRIDGEVIEW, IL 60455** | | - | **Government Agency MUNICIPAL DEBT** | | | | 1,250.00 | 0.00 <br><br> 1,250.00 |
| Account No. **REFERENCE 2502155** <br><br> **CITY OF CHICAGO** <br> **121 N LASALLE STREET** <br> **ROOM 107** <br> **CHICAGO, IL 60601** | | - | **Government Agency PARKING TICKETS.** | | | | 7,000.00 | 0.00 <br><br> 7,000.00 |
| Account No. **60518258** <br><br> **CITY OF CHICAGO** <br> **111 W JACKSON BLD** <br> **SUITE 600** <br> **Chicago, IL 60604** | | - | **Government Agency RED LIGHT CAMERA VIOLATION** | | | | 250.00 | 0.00 <br><br> 250.00 |
| Account No. **FILE NUMBER: 773999** <br><br> **ILLINOIS DEPARTMENT OF TRANSPORTATION** <br> **2300 S DIRKSEN PARKWAY** <br> **CLAIMS DEPARTMENT** <br> **SPRINGFIELD, IL 62764** | | - | **Government Agency THIS DEBT OCCURRED FROM A DAMAGED LIGHT POLE THAT WAS STRUCK DURING A WINTER STORM** | | | | 2,100.00 | 0.00 <br><br> 2,100.00 |
| Account No. <br><br> **Internal Revenue Service** <br> **230 S Dearborn St,** <br> **Rm 2650 CHI 5115** <br> **Chicago, IL 60604-1505** | | - | 03/9/2011 <br><br> **Income Tax 3400 Audit from 2011 tax year** | | | X | 3,466.00 | 0.00 <br><br> 3,466.00 |

Sheet _1_ of _2_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 14,066.00 | 14,066.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6E (Official Form 6E) (4/13) - Cont.

In re    **Jocelyn M. Alamoodi**                                              ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. IRS 9999999 Kansas City, KS 99999 | - | | | 03/9/2011 Income Tax 3400 Audit from 2011 tax year | | | X | 0.00 3,466.00 | 3,466.00 |
| Account No. 821243131 SSN SECRETARY OF STATE 17 N STATE STREET ATTEN: BANKRUPTCY DEPT CHICAGO, IL 60601 | - | | | Government Agency DEPARMENT OF MOTOR VEHICLES | | | | 0.00 2,500.00 | 2,500.00 |
| Account No. 327705755 UNEMPLOYMENT SECURITY 33 N STATE STREET cHICAGO, IL 60604 | - | | | Government Agency OVER PAYEMENT DEEMED AS FRAUD BY THE UE DEPT OF SECURITY il | | | X | 0.00 6,500.00 | 6,500.00 |
| Account No. 327705755 UNEMPLOYMENT SECURITY 33 N STATE STREET cHICAGO, IL 60604 | - | | | Government Agency OVER PAYEMENT DEEMED AS FRAUD BY THE UE DEPT OF SECURITY il | | | X | 0.00 6,500.00 | 6,500.00 |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 18,966.00 | 18,966.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 33,032.00 | 33,032.00 |

B6F (Official Form 6F) (12/07)

In re   **Jocelyn M. Alamoodi**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **821243131**  **AESTHETIC DERMATOLOGY 1009 WEST FULTON MARKET CHICAGO, IL 60607** | - | | **Medical UNCOVERED HEALTH CARE COST BY INSURANCE** | | | | 250.00 |
| Account No. **6813710**  **American Collection Systems 811 Green Crest Dr Suite 100 Westerville, OH 43081** | - | | **ladt Chicago** | | | | 1,151.00 |
| Account No. **LCA234513926940**  **AMERICAN MEDICAL COLLECTION PO BOX 1235 ELMSFORD, NY 10523** | - | | **Other Debt MEDICAL: PERSONAL INJURY** | | | | 138.00 |
| Account No. **LCA230313913150**  **AMERICAN MEDICAL COLLECTION AGENCY PO BOX 1235 ELMSFORD, NY 10523-0935** | - | | **Other Debt MEDICAL: PERSONAL INJURY** | | | | 980.00 |

|  | Subtotal (Total of this page) | 2,519.00 |
|---|---|---|

__27__   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                          ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LCA 234513926940** | | | Medical THERE TWO COLLECTION ACCOUNTS WITH THIS CREDITOR. MEDICAL | | | | |
| **AMERICAN MEDICAL COLLECTION AGENCY 4 WESTCHESTER PLAZA SUITE 110 ELMSFORD, NY 10523** | - | | | | | | 150.00 |
| Account No. **LCA 230313913150** | | | Medical MEDICAL | | | | |
| **AMERICAN MEDICAL COLLECTION AGENCY 4 WESTCHESTER PLAZA SUITE 110 ELMSFORD, NY 10523** | - | | | | | | 950.00 |
| Account No. **LCA234513926940** | | | Medical MEDICAL | | | | |
| **AMERICAN MEDICAL COLLECTION AGENCY PO BOX 1235 ELMSFORD, NY 10523** | - | | | | | | 1,118.00 |
| Account No. **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** | | | 08/1/2008 | | | | |
| **AMERICASH LOANS 105 W MADISON CHICAGO, IL 60602** | - | | Other Debt PAYDAY LOAN: PARENTS WERE OUT OF TOWN AND THEY WERE ROBBED | | | | 853.37 |
| Account No. **633971** | | | Opened  4/01/09 | | | | |
| **Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622** | - | | Collection Attorney Dr. George Bucciero  Dpm Pc | | | | 120.00 |

| Sheet no. __1___ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,191.37 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jocelyn M. Alamoodi**                                              ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **5178059768737737**<br><br>**Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130** | - | | | | Opened  4/01/14  Last Active  5/18/15<br><br>**Credit Card** | | | | 560.00 |
| Account No. **5178058016947213**<br><br>**Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130** | - | | | | Opened 12/30/11  Last Active  4/12/12<br><br>**Credit Card** | | | | 0.00 |
| Account No. **XXXXXXXXXXXX7737**<br><br>**Capital One<br>virgina<br>Virginga Beach, VA 75621** | | | | | Date Opened: 12/11/2014 Last Used: 05/28/2015<br>**Credit Card** | | | | 523.00 |
| Account No. **10091409**<br><br>**Certified Services Inc<br>1733 Washington St Ste 2<br>Waukegan, IL 60085** | - | | | | Opened  1/01/12<br><br>**Collection Attorney Southeast Anesthesia Consultan** | | | | 1,400.00 |
| Account No. **10091409**<br><br>**CERTIFIED SERVICES INC<br>PO BOX 177<br>WAUKEGAN, IL 60079** | - | | | | **Utility Bill ANESTHESIA SERVICES RENDERED DURING SURGERY.** | | | | 1,500.00 |

Sheet no. __**2**___ of __**27**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,983.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                                              , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **6852 OR 327705755** | | | | | **Medical HEALTHCARE COST** | | | | |
| **CHICAGO CHIROPRACTIC CENTER 30 SOUTH MICHIGAN AVE SUITE 400 ChICAGO, IL 60603** | | - | | | | | | | 650.00 |
| Account No. **30605** | | | | | **Nine West 701** | | | | |
| **Chk Plus Sys 1 Cupsaw Drive Ringwood, NJ 07456** | | - | | | | | | | 132.00 |
| Account No. **31241** | | | | | **Nine West 701** | | | | |
| **Chk Plus Sys 1 Cupsaw Drive Ringwood, NJ 07456** | | - | | | | | | | 80.00 |
| Account No. **31090** | | | | | **Nine West 701** | | | | |
| **Chk Plus Sys 1 Cupsaw Drive Ringwood, NJ 07456** | | - | | | | | | | 69.00 |
| Account No. **XXXX8220** | | | | | **Charge Card DELL COMPUTER ACCOUNT THAT WAS ASSOCIATED WITH A BUSINESS I RAN: LYLES & CO TAX ID : 32-0141622** | | | | |
| **CITIBANK (SOUTH DAKOTA) N.A. PO BOX 390846 MAIL STOP SHTX24 MINNEAPOLIS, MN 55339** | | | | | | | | | 6,000.00 |

Sheet no. __3___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,931.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                        ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **REF# 2502155**<br><br>**CITY 0F CHICAGO DEPARTMENT OF FINANCE**<br>**121 N LASALLE**<br>**ATTEN: BANKRUPTCY DEPT**<br>**CHICAGO, IL 60601** | - | | **Other Debt PARKING TICKETS** | | | | **6,991.00** |
| Account No. 821243131<br><br>**CITY COLLEGES OF CHICAGO**<br>**226 W JACKSON BLVD**<br>**ATTN: FINANCE DEPART**<br>**CHICAGO, IL 60601** | - | | 07/1/2011<br><br>**Other Debt EDUCATIONAL DEBT** | | | | **2,300.00** |
| Account No.<br><br>**City of Chicago**<br>**Department of Revenue, Parking Tick**<br>**333 S. State Street**<br>**Chicago, IL 60602** | - | | **parking tickets** | | | | **7,000.00** |
| Account No. 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<br><br>**Client Funding**<br>**368 W Huron St**<br>**#200**<br>**Chicago, IL 60601** | - | | 05/1/2011<br><br>**Personal Loan PI case loan** | | | X | **75,000.00** |
| Account No. 327705755<br><br>**ComEd**<br>**3 Lincoln Center**<br>**Attn: Bkcy Group-Claims Department**<br>**Oakbrook Terrace, IL 60181** | - | | 05/1/2010<br><br>**Utility Bill Utility** | | | | **700.00** |

Sheet no. __4__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **91,991.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                        ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **D60485017N1**<br><br>**Commonwealth Financial<br>245 Main Street<br>Scranton, PA 18519** | - | | | Opened 10/01/14<br><br>**Collection Attorney Mea-Sullivan** | | | | 300.00 |
| Account No. **D60535851N1**<br><br>**Commonwealth Financial<br>245 Main Street<br>Scranton, PA 18519** | - | | | Opened 10/01/14<br><br>**Collection Attorney Mea-Sullivan** | | | | 241.00 |
| Account No. **61857049**<br><br>**COMPLETE PAYMENT RECOVERY<br>SERVICES<br>11601 ROOSEVELT BLVD<br>LEGAL DEPT<br>ST PETERSBURG, FL 33716** | - | | | Other Debt DISGUARDED CHECKS FROM FINANICAL INSTITUTION AND USED IN RETAIL STORE MARSHALLS. COMPLAINT FILED | | | X | 135.00 |
| Account No. **45828481**<br><br>**Credit Coll<br>Po Box 9136<br>Needham, MA 02494** | - | | | Medical | | | | 138.00 |
| Account No. **07 M 105470**<br><br>**CREDIT UNION 1<br>450 E 22ND STREET<br>SUITE 250<br>LOMBARD, IL 60148** | - | | | 05/14/2007<br><br>Other Debt JUDGEMENT FILED IN DISTRICT ONE COURT HOUSE. BRIDGET MAUL IS THE ATTRY FOR THIS CREDITOR | | | | 3,848.44 |

Sheet no. __5__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 4,662.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                        ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **505692**<br><br>**CU RECOVERY INC**<br>**26263 FOREST BLVD**<br>**LEGAL DEPT**<br>**WYOMING, MN 55092** | - | | **Other Debt CREDIT UNION LOAN** | | | | 250.00 |
| Account No. 1442043<br><br>**DENTAL WORKS**<br>**PO BOX 31583**<br>**INDEPENDENCE, OH 44131** | - | | **Medical DENTAL MEDICAL BILL** | | | | 75.00 |
| Account No. 327705755<br><br>**Department of Education/Sallie Mae**<br>**P.O.Box 740351**<br>**(800) 722-1300**<br>**Atlanta, GA 30348** | - | | **04/15/2008**<br>**Student Loan Student loan** | | | X | **Unknown** |
| Account No.<br><br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**P.O.Box 7346**<br>**Philadelphia, PA 19101-7346** | - | | **for Information Purposes** | | | | 0.00 |
| Account No. 94649658361E00520130220<br><br>**Dept Of Ed/navient**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | - | | **Opened 2/01/13 Last Active 5/31/15**<br>**Educational** | | | | 3,477.00 |

Sheet no. __6__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,802.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **94649658361E00920130918**<br><br>**Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773** | - | | **Opened 9/01/13 Last Active 5/31/15**<br><br>**Educational** | | | | 3,199.00 |
| Account No. **94649658361E00720130606**<br><br>**Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773** | - | | **Opened 6/01/13 Last Active 5/31/15**<br><br>**Educational** | | | | 3,186.00 |
| Account No. **94649658361E00820130918**<br><br>**Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773** | - | | **Opened 9/01/13 Last Active 5/31/15**<br><br>**Educational** | | | | 1,820.00 |
| Account No. **94649658361E00120120224**<br><br>**Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773** | - | | **Opened 2/01/12 Last Active 5/31/15**<br><br>**Educational** | | | | 1,817.00 |
| Account No. **94649658361E00620130606**<br><br>**Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773** | - | | **Opened 6/01/13 Last Active 5/31/15**<br><br>**Educational** | | | | 1,812.00 |

Sheet no. __7__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,834.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 94649658361E00420130220 | | | - | | Opened 2/01/13 Last Active 5/31/15 Educational | | | | |
| Dept Of Ed/navient Po Box 9635 Wilkes Barre, PA 18773 | | | | | | | | | 1,812.00 |
| Account No. 94649658361E00220120910 | | | - | | Opened 9/01/12 Last Active 5/31/15 Educational | | | | |
| Dept Of Ed/navient Po Box 9635 Wilkes Barre, PA 18773 | | | | | | | | | 1,425.00 |
| Account No. D02692797 | | | | | Opened 3/01/06 Educational | | | | |
| Devry Inc 814 Commerce Dr Ste 100 Oak Brook, IL 60523 | | | | | | | | | Unknown |
| Account No. 581973277057550 | | | | | Opened 5/01/06 Last Active 4/24/09 Educational | | | | |
| Devry Inc 814 Commerce Dr Oak Brook, IL 60523 | | | | | | | | | 500.00 |
| Account No. | | | - | | | | | | |
| Divison of Traffic Safety Accident Records Division 1340 N 9th St Springfield, IL 62766-0001 | | | | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __8__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,737.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                                   ,                Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2013 M1 167803** <br><br> **Edelstein & Edelstein** <br> **3825 W Montrose** <br> **(773) 478-0600** <br> **Chicago, IL 60618** | - | | **Collectionfor Acme continental** | | | | 2,377.12 |
| Account No. **9864074083ED00001** <br><br> **Edfinancial/esa** <br> **120 N Seven Oaks D** <br> **Knoxville, TN 37922** | - | | **Opened  9/27/04  Last Active  1/27/09** <br><br> **Educational** | | | | 0.00 |
| Account No. **9864074083ED00002** <br><br> **Edfinancial/esa** <br> **120 N Seven Oaks D** <br> **Knoxville, TN 37922** | - | | **Opened  9/27/04  Last Active  1/27/09** <br><br> **Educational** | | | | 0.00 |
| Account No. **92019280** <br><br> **Enhanced Recovery Corp** <br> **Attention: Client Services** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256** | | | **Opened  3/01/14** <br><br> **Collection Attorney Tmobile** | | | | 796.00 |
| Account No. <br><br> **Equifax Credit Information Services** <br> **Bankruptcy Department** <br> **P.O Box 740241** <br> **Atlanta, GA 30374-0241** | - | | **for notice information purposes only** | | | | 0.00 |

Sheet no. __9__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **3,173.12**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                                , Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 367331346  **ERC COLLECTION 8014 BAYBERRY ROAD JACKSONVILLE, FL 32256** | - | | | **Other Debt SPRINT SOLD ACCOUNT TO COLLECTION AGENCY.COMPANIES ARE NOTORIOUS FOR LISTING 2XS** | | | | 620.55 |
| Account No. 38394492  **Escallate Llc 5200 Stoneham Rd North Canton, OH 44720** | - | | | **Opened 11/01/14**  **Collection Attorney Dentalworks Inc** | | | | 599.00 |
| Account No. 38365273  **Escallate Llc 5200 Stoneham Rd North Canton, OH 44720** | - | | | **Opened 10/01/14**  **Collection Attorney Dentalworks Inc** | | | | 227.00 |
| Account No. 38394527  **Escallate Llc 5200 Stoneham Rd North Canton, OH 44720** | - | | | **Opened 11/01/14**  **Collection Attorney Dentalworks Inc** | | | | 113.00 |
| Account No.  **Experian Bankruptcy Dept P.O.Box 2002 Allen, TX 75013** | - | | | **for notice information purposes only** | | | | 0.00 |

Sheet no. __10__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **1,559.55**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7929493819FD00008** <br><br> **Fed Loan Serv** <br> **Po Box 60610** <br> **Harrisburg, PA 17106** | - | | Opened 1/01/09 Last Active 7/31/15 <br><br> Educational | | | | 24,889.00 |
| Account No. **7929493819FD00006** <br><br> **Fed Loan Serv** <br> **Po Box 60610** <br> **Harrisburg, PA 17106** | - | | Opened 7/01/11 Last Active 7/31/15 <br><br> Educational | | | | 3,824.00 |
| Account No. **7929493819FD00005** <br><br> **Fed Loan Serv** <br> **Po Box 60610** <br> **Harrisburg, PA 17106** | - | | Opened 7/01/11 Last Active 7/31/15 <br><br> Educational | | | | 3,104.00 |
| Account No. **7929493819FD00003** <br><br> **Fed Loan Serv** <br> **Po Box 60610** <br> **Harrisburg, PA 17106** | - | | Opened 5/01/11 Last Active 7/31/15 <br><br> Educational | | | | 1,960.00 |
| Account No. **7929493819FD00001** <br><br> **Fed Loan Serv** <br> **Po Box 60610** <br> **Harrisburg, PA 17106** | - | | Opened 8/01/10 Last Active 2/01/11 <br><br> Educational | | | | 0.00 |

Sheet no. __11__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                33,777.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7929493819FD00002** <br><br>**Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106** | - | | Opened 8/01/10 Last Active 12/01/10 <br><br>**Educational** | | | | 0.00 |
| Account No. **7929493819FD00004** <br><br>**Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106** | - | | Opened 5/01/11 Last Active 6/01/11 <br><br>**Educational** | | | | 0.00 |
| Account No. **7929493819** <br><br>**FED LOAN US DEPARTMENT OF EDUCATION<br>PO BOX 530210<br>ATLANTA, GA 30353** | - | | Student Loan - not authorized by debtor - $31,000 | | | X | **Unknown** |
| Account No. **5178007903457745** <br><br>**First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104** | - | | Opened 9/01/09 Last Active 9/25/09 <br><br>**Credit Card** | | | | 533.00 |
| Account No. **28209488** <br><br>**GENERAL REVENUE CORPORATION<br>PO BOX 49599<br>STUDENT BILLING<br>CINCINNATI, OH 45249** | - | | Student Loan SCHOOL LOAN | | | | 750.00 |

Sheet no. __12__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,283.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                              ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LYLJ221814**<br><br>**Global Pymt**<br>**Po Box 61158**<br>**Chicago, IL 60666** | - | | **Opened 12/27/10 Last Active 5/02/11**<br><br>**Returned Check** | | | | 179.00 |
| Account No. **ALAJ2218**<br><br>**Global Pymt**<br>**Po Box 61158**<br>**Chicago, IL 60666** | - | | **Opened 10/31/13 Last Active 4/16/14**<br><br>**Returned Check** | | | | 144.00 |
| Account No. **ALAJ820901**<br><br>**Global Pymt**<br>**Po Box 61158**<br>**Chicago, IL 60666** | - | | **Opened 6/26/10 Last Active 10/19/10**<br><br>**Returned Check** | | | | 130.00 |
| Account No. **G002ENL2021365342**<br><br>**Greentree**<br>**Po Box 460700**<br>**Escondido, CA 92046** | - | | 01 Enterprise Lombard | | | | 0.00 |
| Account No. 1652360<br><br>**HEALTH LAB**<br>**25 NORTH WINFIELD ROAD**<br>**ATTEN: CENTRAL DUPAGE**<br>**ACCOUNTS DEPT**<br>**WINFIELD, IL 60190** | - | | 02/20/2014<br><br>**Other Debt INSURANCE PLAN THROUGH EMPLOYER AT THE TIME DID NOT COVER LABS DONE BY MD** | | | | 1,663.75 |

Sheet no. __13__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 2,116.75 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                                    , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **405829001** <br><br> **Honor Finance** <br> **1731 Central St** <br> **Evanston, IL 60201** | - | | **Opened 8/01/10 Last Active 10/15/14** <br><br> **Automobile** | | | | **6,666.00** |
| Account No. **3005829001** <br><br> **Honor Finance** <br> **1731 Central St** <br> **Evanston, IL 60201** | - | | **Opened 8/01/10 Last Active 8/28/11** <br><br> **Automobile** | | | | **6,666.00** |
| Account No. **5489555195434859** <br><br> **Hsbc Bank** <br> **Po Box 9** <br> **Buffalo, NY 14240** | - | | **Opened 1/01/09 Last Active 2/17/09** <br><br> **Credit Card** | | | | **0.00** |
| Account No. **P1039572** <br><br> **IL BONE AND JOINT INSTITUTE** <br> **5057 PAYSPHERE CIRCLE** <br> **CHICAGO, IL 60674** | - | | **09/21/2007** <br><br> **Other Debt MEDICAL BILLS: INJURY** | | | | **213.00** |
| Account No. **P1039572** <br><br> **IL BONE AND JOINT INSTITUTE** <br> **5057 PAYSPHERE CIRCLE** <br> **CHICAGO, IL 60674** | - | | **Utility Bill HEALTHCARE COST NOT COVERED** | | | | **250.00** |

| | | |
|---|---|---|
| Sheet no. __**14**__ of __**27**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **13,795.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re      **Jocelyn M. Alamoodi**                                                    ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Il Dept of Human Services** 100 South Grand Ave East (800) 843-6154 Springfield, IL 62762 | - | | | | | | 0.00 |
| Account No. **Il Dept of Transportation** Div of Trans/ Crash Records Section 130 North 9th St Springfield, IL 62766-0020 | - | | notice purposes | | | | 0.00 |
| Account No. **FILE NUMBER: 4646955** **ILLINOIS DEPARTMENT OF REVENUE** PO BOX 3044 DEPT HOVS 037 LIVONIA, MI 48151 | - | | 12/31/2011 Other Tax STATE OF IL TAX DEBT | | | X | 550.00 |
| Account No. **Illinois Tollway** 2700 Ogden Ave Downers Grove, IL 60515 | - | | toll violations | | | | 567.00 |
| Account No. 15666654 **JAMES T. GATELY** 8233 W 185TH STREET TINLEY PARK, IL 60487 | - | | Medical MEDICAL LIEN | | | | 650.00 |

Sheet no. __15__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,767.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jocelyn M. Alamoodi**                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **2011-M1-500898** <br><br> **Kindwald Law Office PCX** <br> **105 W Madison Suite 1800** <br> **(312) 229-1675** <br> **Chicago, IL 60602** | - | | | for BELL PRO CONSTRUCT - judgment | | | | 2,164.50 |
| Account No. **008657693** <br><br> **KROGER** <br> **PO BOX 1259** <br> **DEPT 86130** <br> **OAKS, PA 19456** | - | | | 06/7/2013 <br><br> Other Debt CREDIT ACCOUNT | | | | 239.96 |
| Account No. **2012-M1-015920** <br><br> **Law Offices of Gregory Oltman** <br> **77 W. Jackson #520** <br> **(312) 263-7180 for State Farm** <br> **Chicago, IL 60602** | - | | | Personal Injury motor vehicle for State Farm aso Bo Sanchez Carlson | | | | 3,198.00 |
| Account No. **ALAMOODI, JOCELYN** <br><br> **LIFESTYLE CHIROPRACTIC** <br> **1746 EAST 55TH STREET** <br> **CHICAGO, IL 60615** | - | | | 04/1/2010 <br><br> Medical PHYSICAL THERAPY | | | | 17,500.00 |
| Account No. <br><br> **Linebarger Goggan Blair & Sampson** <br> **Attorneys at Law** <br> **P O Box 06152** <br> **Chicago, IL 60606-0152** | - | | | Collection for City of Chicago for parking violations | | | | 300.00 |

Sheet no. __16__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **23,402.46**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                          ,     Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **124800**<br><br>**MARKOFF LAW LLC**<br>**29 NORTH WACKER DRIVE**<br>**SUITE 500**<br>**Chicago, IL 60606** | - | | **Other Debt CAR LOAN** | | | X | 18,910.02 |
| Account No. **18517**<br><br>**Maximum**<br>**12021 S. Harlem Ave**<br>**PALOS HEIGHTS, IL 60463** | - | | 03/30/2010<br><br>**Medical Physical therapy for injury** | | | | 2,636.00 |
| Account No. 3538704<br><br>**Meade & Assc**<br>**737 Enterprise Dr**<br>**Westerville, OH 43081** | - | | **The Kroger Co** | | | | 326.00 |
| Account No. 3538576<br><br>**Meade & Assc**<br>**737 Enterprise Dr**<br>**Westerville, OH 43081** | - | | **The Kroger Co** | | | | 171.00 |
| Account No. 3538575<br><br>**Meade & Assc**<br>**737 Enterprise Dr**<br>**Westerville, OH 43081** | - | | **The Kroger Co** | | | | 54.00 |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **22,097.02**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                              ,        Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3538704** <br><br> **Meade & Associates** <br> **5500 New Albany Rd** <br> **New Albany, OH 43054** | - | | Opened 2/01/14 <br><br> **Collection Attorney The Kroger Co** | | | | 326.00 |
| Account No. **3538576** <br><br> **Meade & Associates** <br> **5500 New Albany Rd** <br> **New Albany, OH 43054** | - | | Opened 2/01/14 <br><br> **Collection Attorney The Kroger Co** | | | | 171.00 |
| Account No. **3538575** <br><br> **Meade & Associates** <br> **5500 New Albany Rd** <br> **New Albany, OH 43054** | - | | Opened 2/01/14 <br><br> **Collection Attorney The Kroger Co** | | | | 54.00 |
| Account No. **A1514700102** <br><br> **MERCY MEDICAL CENTER** <br> **2525 SOUTH MICHIGAN AVE** <br> **Chicago, IL 60616** | - | | Medical MEDICAL BILL | | | | 150.00 |
| Account No. **22106546116** <br><br> **Metabank-ultravx Visa** <br> **6550 S. Millrock** <br> **Salt Lake City, UT 84121** | - | | Opened 8/20/07 Last Active 1/20/10 <br><br> **Secured Credit Card** | | | | 0.00 |

Sheet no. __18__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

701.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**
_____,
                                Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **411748645519** <br><br> **Midstate Collection So** <br> **Po Box 3292** <br> **Champaign, IL 61826** | - | | Opened  1/01/15 <br><br> **Collection Attorney Prairie State College** | | | | 1,517.00 |
| Account No. **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** <br><br> **MIDSTATE COLLECTIONS** <br> **PO BOX 3292** <br> **C/O PRAIRIE STATE COLLEGE** <br> **CHAMPAIGN, IL 61826** | - | | Other Debt THIS IS THE COLLECTION AGENCY FOR PRAIRIE STATE COLLECTION AS REF ABOVE | | | | 2,000.00 |
| Account No. **1557023** <br><br> **Municollofam** <br> **3348 Ridge Road** <br> **Lansing, IL 60438** | - | | 04 Village Of Lansing Amb | | | | 378.00 |
| Account No. **LYLJ221814** <br><br> **Ndc Ck Svc** <br> **Po Box 661158** <br> **Chicago, IL 60666** | - | | Opened 12/01/10  Last Active  5/02/11 | | | | 179.00 |
| Account No. **ALAJ2218** <br><br> **Ndc Ck Svc** <br> **Po Box 661158** <br> **Chicago, IL 60666** | - | | Opened 10/01/13  Last Active  4/16/14 | | | | 144.00 |

Sheet no. __**19**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,218.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LYLJ221813**<br><br>**Ndc Ck Svc**<br>**Po Box 661158**<br>**Chicago, IL 60666** | - | | **Opened 12/01/10 Last Active 5/02/11** | | | | 144.00 |
| Account No. **ALAJ820901**<br><br>**Ndc Ck Svc**<br>**Po Box 661158**<br>**Chicago, IL 60666** | - | | **Opened 6/01/10 Last Active 10/19/10** | | | | 130.00 |
| Account No. **1067647**<br><br>**NEUROLOGY ASSOCIATES LTD**<br>**PO BOX 1187**<br>**HARVEY, IL 60426** | | | **Utility Bill HEALTHCARE CHARGE. UNSURE WHY THIS WAS EVEN CHARGED** | | | | 30.00 |
| Account No. **J7342 2013 M1 147842**<br><br>**Nicholas Financial Inc**<br>**2454 Mcmullen Booth Bldg**<br>**Clearwater, FL 33759** | | | **Opened 6/01/11 Last Active 12/30/11**<br><br>**Automobile - judgment** | | | | 12,408.16 |
| Account No.<br><br>**Nicor Gas**<br>**Bankruptcy Dept**<br>**POB 2020**<br>**Aurora, IL 60507-0310** | - | | **Utilities** | | | | 200.00 |

Sheet no. __20__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,912.16**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jocelyn M. Alamoodi**                                      ,      Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **3445313** <br><br> **NORTHWESTERN MEDICINE** <br> **28155 NETWORK PLACE** <br> **CHICAGO, IL 60673** | - | | | **Medical HEALTHCARE. NON COVERED BY INSURANCE** | | | | 1,300.00 |
| Account No. **XXXXXXXXXXX4859** <br><br> **ORCHARD BANK HSBC** <br> **PO BOX 12914** <br> **DISPUTES DEPARTMENT** <br> **NORFOLK, VA 23502** | - | | | **Credit Card MASTERCARD THROUGH HBSC BANK** | | | X | 3,342.11 |
| Account No. <br><br> **People Gas** <br> **200 W Randolph** <br> **Customer service** <br> **Chicago, IL 60601** | - | | | **05/1/2010** <br><br> **Utility Bill Utility** | | | | 600.00 |
| Account No. <br><br> **Peoples Gas** <br> **Chicago, IL 60687-0001** | - | | | **utilities** | | | | 300.00 |
| Account No. **994200382205** <br><br> **Portfolio Recovery Ass** <br> **287 Independence** <br> **Virginia Beach, VA 23462** | - | | | **Opened 12/01/13** <br><br> **Factoring Company Account Sallie Mae Bank** | | | | 10,026.00 |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,568.11

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                    ,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5489555195434859**<br><br>**Portfolio Recovery Ass**<br>**287 Independence**<br>**Virginia Beach, VA 23462** | - | | **Opened  3/01/10**<br><br>**Factoring Company Account Hsbc Bank Nevada  N.A.** | | | | 3,342.00 |
| Account No. **5178058016947213**<br><br>**Portfolio Recovery Ass**<br>**287 Independence**<br>**Virginia Beach, VA 23462** | - | | **Opened 11/01/14**<br><br>**Factoring Company Account Capital One Bank  Usa   N.A.** | | | | 443.00 |
| Account No. **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**<br><br>**Prairie State College**<br>**202 S Halsted**<br>**Atten: Business Office**<br>**Chicago Heights, IL 60411** | | | **09/1/2013**<br><br>**Other Debt Bookstore and tuition balance uncovered due to medical withdrawal** | | | | 2,500.00 |
| Account No. **6010125368**<br><br>**Recovery One Llc**<br>**3240 Henderson Rd**<br>**Columbus, OH 43220** | - | | **Opened  9/01/10**<br><br>**Returned Check Safelite Autoglass** | | | | 307.00 |
| Account No. **LYLES 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**<br><br>**ROBERT MORRIS UNIVERSITY**<br>**181 MONTOUR RUN ROAD**<br>**CORAOPOLIS, PA 15108-9408** | - | | **Student Loan EDUCATIONAL S** | | | | 300.00 |

Sheet no. __22__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,892.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi** _____,    Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 327705755PER24A | | | | | Opened 2/16/05 Last Active 1/29/09 | | | | |
| Robert Morrs 401 S State St Lbby 140 Chicago, IL 60605 | - | | | | Educational | | | | |
| | | | | | | | | | 0.00 |
| Account No. 5029350455020508 | | | | | Opened 7/01/06 Last Active 12/13/13 | | | | |
| Sallie Mae Po Box 9655 Wilkes Barre, PA 18773 | - | | | | Educational | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | for Information Purposes | | | | |
| Secretary of State Drivers Services Depart, Traffic V 2701 S. Dirksen Pwy Springfield, IL 62723-0001 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. 755883253 | | | | | Opened 11/01/07 Last Active 1/21/09 | | | | |
| Slm Entities/glelsi Great Lakes Borrow Services Po Box 7860 Madison, WI 53707 | - | | | | Educational | | | | |
| | | | | | | | | | 0.00 |
| Account No. 327705755883253 | | | | | Opened 11/02/07 Last Active 1/21/09 | | | | |
| Slm Entities/glelsi Great Lakes Borrow Services Po Box 7860 Madison, WI 53707 | - | | | | Educational | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __23__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jocelyn M. Alamoodi**                                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **99420038221000720060818**<br><br>**Slm Financial Corp**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | - | | Opened 8/01/06 Last Active 1/21/09<br><br>Educational | | | | 0.00 |
| Account No. **99420038221000820060818**<br><br>**Slm Financial Corp**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | - | | Opened 8/01/06 Last Active 1/21/09<br><br>Educational | | | | 0.00 |
| Account No. **99420038221000920061116**<br><br>**Slm Financial Corp**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | - | | Opened 11/01/06 Last Active 1/21/09<br><br>Educational | | | | 0.00 |
| Account No. **99420038221000320060421**<br><br>**Slm Financial Corp**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | - | | Opened 4/01/06 Last Active 1/21/09<br><br>Educational | | | | 0.00 |
| Account No. **99420038221000420060421**<br><br>**Slm Financial Corp**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | - | | Opened 4/01/06 Last Active 1/21/09<br><br>Educational | | | | 0.00 |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 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 <br><br> **SPM CAPITAL LLC** <br> **3501 W ALGONQUIN ROAD** <br> **LEGAL DEPT STE 340** <br> **ROLLING MEADOWS, IL 60008** | - | | Other Debt CAR LOAN WITH HONOR FINANCE FOR 2002 MERCEDES KOMPRESSOR SPORT | | | X | 6,800.00 |
| Account No. <br><br> **Sprint nextel** <br> **6200 Sprint Pkwy** <br> **Bankruptcy Department** <br> **Overland Park, KS 66251** | - | | Utility Bill | | | X | 700.00 |
| Account No. 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 <br><br> **ST MARGARET MERCY HEALTHCARE CENTERS** <br> **5454 HOHMAN AVE** <br> **MEDICAL RECORDS / BILLING** <br> **HAMMOND, IN 46320** | - | | 03/21/2010 <br><br> Medical ER ADMITTANCE IN MARCH OF 2010 | | | | 4,000.00 |
| Account No. <br><br> **State of Illinois** <br> **Dept. Employment Security** <br> **POBox 4385 Benefit repayments** <br> **Chicago, IL 60680-4385** | - | | uemployment benefits | | | | 0.00 |
| Account No. <br><br> **TransUnion** <br> **Bankruptcy Department** <br> **P.O.Box 1000** <br> **Chester, PA 19022** | - | | for notice information purposes only | | | | 0.00 |

Sheet no. __25__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          11,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Jocelyn M. Alamoodi**                                    ,        Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **13457703** <br><br> **TRS RECOVERY PO BOX 173809 DENVER, CO 80217** | - | | | **Other Debt** | | | | **346.01** |
| Account No. **327705755** <br><br> **UIC Medical Center 1701 W Taylor street Chicago, IL 60629** | - | | | **Medical Bills that they did not submit to my Lawyer appropriately regarding case** | | | | **2,500.00** |
| Account No. **327705755** <br><br> **UIC Medical Center 1701 W Taylor street Chicago, IL 60629** | - | | | **Medical Bills that they did not submit to my Lawyer appropriately regarding case** | | | | **2,500.00** |
| Account No. **74050741** <br><br> **UIC MEDICAL CENTER 1801 W TAYLOR MEDICAL RECORDS / BILLING Chicago, IL 60619** | - | | | **Medical MEDICAL BILLS OF WHICH WERE NOT COVERED BY MEDICAL INSURANCE *ALL MEDICALS*** | | | | **5,000.00** |
| Account No. **9037557753** <br><br> **University Of Phoenix 4615 E Elwood St Fl 3 Phoenix, AZ 85040** | - | | | **Opened  4/01/10** <br><br> **Unsecured** | | | | **0.00** |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**10,346.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jocelyn M. Alamoodi**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **700001867633861**<br><br>**Us Dep Ed**<br>**Po Box 5609**<br>**Greenville, TX 75403** | - | | **Opened 1/16/09 Last Active 2/13/12**<br><br>**Educational** | | | | **0.00** |
| Account No. **700001867633761**<br><br>**Us Dep Ed**<br>**Po Box 5609**<br>**Greenville, TX 75403** | - | | **Opened 1/16/09 Last Active 2/13/12**<br><br>**Educational** | | | | **0.00** |
| Account No. 3277057551<br><br>**Us Dep Ed**<br>**Po Box 5609**<br>**Greenville, TX 75403** | - | | **Opened 1/16/09 Last Active 9/30/11**<br><br>**Educational** | | | | **0.00** |
| Account No. 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<br><br>**WOMAN TO WOMAN HEALTHCARE**<br>**41 EAST 8TH STREET**<br>**CHICAGO, IL 60601** | - | | **Medical MEDICAL** | | | | **750.00** |
| Account No. | | | | | | | |

Sheet no. __27__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **750.00** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **298,508.99** |

B6G (Official Form 6G) (12/07)

.

In re      **Jocelyn M. Alamoodi**                                                      ,      Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Landlord** | **residential lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Jocelyn M. Alamoodi**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                  Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jocelyn M. Alamoodi** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form B 6I

# Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | Occupation | **Pharmacy Technician @$10.59/hr** | |
| | Employer's name | **Walgreens** | **ex-Spouse Saeed Alamoodi** |
| | Employer's address | **7901 S Western Ave Pharmacy Chicago, IL 60620** | |
| | How long employed there? | **2 Years, 6 Months** | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $        243.86 | $        0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$        0.00 | +$        0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $        243.86 | $        0.00 |

Debtor 1   **Jocelyn M. Alamoodi**                                         Case number (*if known*)

|  | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | **243.86** | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 26.78 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h.+ | **Other deductions.** Specify: | 5h.+ | $ 0.00  + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 26.78 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 217.08 | $ 0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: **food stamps** | 8f. | $ 375.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h.+ | **Other monthly income.** Specify: | 8h.+ | $ 0.00  + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 375.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 592.08  +$ 0.00  = | $ 592.08 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                               11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                            12. $ 592.08

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:   **Employer Walgreens, Change: Hours vary from month to month depending on the Budget allotment of the Store performance.**

**Fill in this information to identify your case:**

Debtor 1     __Jocelyn M. Alamoodi__

Debtor 2
(Spouse, if filing)     _____

United States Bankruptcy Court for the:   __NORTHERN DISTRICT OF ILLINOIS__

Case number
(If known)     _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses                                                        12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**   ■ No

    Do not list Debtor 1    ☐ Yes.   Fill out this information for
    and Debtor 2.                     each dependent..............

    Do not state the
    dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ _____ 0.00

    **If not included in line 4:**

    4a.   Real estate taxes                                          4a. $ _____ 0.00
    4b.   Property, homeowner's, or renter's insurance               4b. $ _____ 0.00
    4c.   Home maintenance, repair, and upkeep expenses              4c. $ _____ 50.00
    4d.   Homeowner's association or condominium dues                4d. $ _____ 0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans   5. $ _____ 0.00

Debtor 1 **Jocelyn M. Alamoodi** _____ Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | **100.00** |
| | 6b. Water, sewer, garbage collection | 6b. | $ | **0.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **150.00** |
| | 6d. Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. | $ | **300.00** |
| 8. | **Childcare and children's education costs** | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | **80.00** |
| 10. | **Personal care products and services** | 10. | $ | **34.00** |
| 11. | **Medical and dental expenses** | 11. | $ | **25.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | 12. | $ | **150.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **50.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | **0.00** |
| | 15b. Health insurance | 15b. | $ | **0.00** |
| | 15c. Vehicle insurance | 15c. | $ | **0.00** |
| | 15d. Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| | 17c. Other. Specify: | 17c. | $ | **0.00** |
| | 17d. Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. Real estate taxes | 20b. | $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: **MANICURE** | 21. | +$ | **30.00** |
| | **PEDICURE** | | +$ | **30.00** |
| | **HAIRCUT** | | +$ | **50.00** |
| 22. | **Your monthly expenses.** Add lines 4 through 21. | 22. | $ | **1,049.00** |
| | The result is your monthly expenses. | | | |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **592.08** |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. | -$ | **1,049.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **-456.92** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
Explain: _____

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jocelyn M. Alamoodi**                             Case No. _____

                                     Debtor(s)            Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **47**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 21, 2015**                 Signature   **/s/ Jocelyn M. Alamoodi**

                                                       **Jocelyn M. Alamoodi**

                                                       Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jocelyn M. Alamoodi**                 Case No.

                                        Debtor(s)         Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **47** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 21, 2015**               Signature   **/s/ Jocelyn M. Alamoodi**
                                            **Jocelyn M. Alamoodi**
                                            Debtor

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Jocelyn M. Alamoodi**                    Case No. _____

                                       Debtor(s)            Chapter     **7**

## STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$456.10** | **2015 Walgreens** |
| **$1,883.46** | **2014 Walgreens** |
| **$756.00** | **2013 Walgreens** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2012: amount? Government Benefits: Welfare/Public Aid entitlement: Food Stamps/Link card at $??** |

B7 (Official Form 7) (04/13)
2

| AMOUNT | SOURCE |
|---|---|
| $0.00 | **2011: amount? Government Benefits: Welfare/Public Aid entitlement: Food Stamps/Link card at $?** |
| $0.00 | **2009: amount? Government Benefits: Welfare/Public Aid entitlement: Food Stamps/Link card** |
| $0.00 | **2013: amount? Government Benefits: Welfare/Public Aid entitlement: Food Stamps/Link card at $??** |

---

### 3. Payments to creditors

None
☐

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Capital One**<br>**virgina**<br>**Virginga Beach, VA 75621** | **3/19/15, 4/19/15, 5/19/15, 6/1/15** | **$700.00** | **$523.00** |

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **vs Debtor (See schedule F for details)** | **Breach of Contracts - failure to pay for goods and services rendered** | **Daley Center, Circuit Court of Cook County, Illinois** | **Judgments** |

---

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **12 L 003069 Jocelyn Alamoodi vs Howard Johnson** | **Slip and fall PI case** | **Circuit Court of Cook County, Illinois** | pending |
| **2013 ACME CONTINENTIAL VS JACELYN ALAMOODI** | | **CIRCUIT COURT OF COOK COUNTY ILLINOIS** | |
| **2013 NICHOLAS FINANCIAL VS COCELYN ALAMOODI** | **BREACH OF CONTRACT** | **CIRCUIT COURT OF COOK COUNTY ILLINOIS** | |
| **2012 M1 015920 STATE FARM VS JOCELYN ALAMOODI** | **ACCIDENT** | **CIRCUIT COURT OF COOK COUNTY ILLINIOIS** | |
| **2011 M1 500898 BELL PRO CONSTRUCTION VS JOCELYN ALAMOODI** | **BREACH** | **CIRCUIT COURT OF COOK COUNTY IL** | |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **RED CROSS**<br>**1755 W HARRISON**<br>**CHICAGO, IL 60604** | **VOLUNTEER** | | **DONATION THAT RED CROSS VOLUNTEERS CAN DONATE ON GOODWILL**<br>**Value: 250.00** |

---

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **IDENTITY THEFT IN 2011**<br>**Value: 100000** | **INFORMATION STOLEN FROM TJ MAX COMPUTER**<br>**WALLET STOLEN AS WELL POLICE REPORT AVAILABLE** | |

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bankruptcy Court Northern Dist. IL**<br>**219 S Dearborn Street**<br>**7th Floor**<br>**Chicago, IL 60604** | **Debtor timely pays directly the Bankruptcy Court Filing fee in money order(s) pursuant to Court Rules and/or Order.** | **$335 Court Filing Fee debtor pays with a separate money order for $335 made out to "US Bankruptcy Court" (which is separate and not included in the $550 Law Firm Attorneys fees)** |
| **Credit Counseling provider** | **debtor pays directly to the Credit Counseling Course provider they choose** | **$25-60 Credit Counseling Course - debtor chooses his/her provider, each provider charges different amounts for their services.** |
| **Law Firm Attorney Fees** | | **$550 Law Firm Attorneys fees for Chapter 7 Bankruptcy pursuant to contract.** |
| **Financial Management Course provider** | **debtor pays directly to Debtor Education/Financial Management provider they choose** | **$15-60 Financial Management Debtor Education Course provider, debtor chooses his/her provider, each provider charges different amounts for their services.** |

B7 (Official Form 7) (04/13)

5

#### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

#### 14. Property held for another person

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

6

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

ADDRESS                          NAME USED                                  DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                        DOCKET NUMBER                          STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)
7

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Lyles and Co** | **32-1401622** | **2218 West 80th Place Floor 1 Chicago, IL 60620** | **Consulting** | **03/21/2008** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                           ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                           DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                           ADDRESS                           DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                           ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                           DATE ISSUED

B7 (Official Form 7) (04/13)
8

---

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None
■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None
■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 21, 2015**              Signature  **/s/ Jocelyn M. Alamoodi**
                                                   **Jocelyn M. Alamoodi**
                                                   Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B7 (Official Form 7) (04/13)
9

---

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.

Date **August 21, 2015**                    Signature   **/s/ Jocelyn M. Alamoodi**
                                                         **Jocelyn M. Alamoodi**
                                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jocelyn M. Alamoodi**                                              Case No.
                                                          Debtor(s)        Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered          ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>    ☐ Claimed as Exempt          ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or
personal property subject to an unexpired lease.**

Date    **August 21, 2015**                    Signature    **/s/ Jocelyn M. Alamoodi**
                                                            **Jocelyn M. Alamoodi**
                                                            Debtor

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Jocelyn M. Alamoodi_____   Case No. _____
                                      Debtor(s)            Chapter    __7_____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |

Property will be (check one):
- ☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date __August 21, 2015_____          Signature __/s/ Jocelyn M. Alamoodi__
                                                    __Jocelyn M. Alamoodi__
                                                    Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Jocelyn M. Alamoodi**
Debtor(s)

Case No.
Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 550.00 |
| Prior to the filing of this statement I have received | $ | 550.00 |
| Balance Due | $ | 0.00 |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 21, 2015**

**/s/ S. M. de Rath, Esq.**
**S. M. de Rath, Esq. 6206809**
**Attorney S.M.de Rath, Esq.**
**233 S. Wacker Dr, 84th FL**
**Chicago, IL 60606**
**312-283-8606**

---

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## <u>Chapter 11</u>: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## <u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jocelyn M. Alamoodi**
_____
Debtor(s)

Case No. _____
Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jocelyn M. Alamoodi**
_____
Printed Name(s) of Debtor(s)

X   **/s/ Jocelyn M. Alamoodi**          **August 21, 2015**
_____
Signature of Debtor                         Date

Case No. (if known) _____

X   _____
Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B 201B (Form 201B) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re   Jocelyn M. Alamoodi _____

_____ Case No. _____

Debtor(s)    Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Jocelyn M. Alamoodi** _____   X **/s/ Jocelyn M. Alamoodi** _____   **August 21, 2015**

Printed Name(s) of Debtor(s)    Signature of Debtor    Date

Case No. (if known) _____   X _____

Signature of Joint Debtor (if any)    Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jocelyn M. Alamoodi**
Debtor(s)

Case No.
Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    **110**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 21, 2015**

**/s/ Jocelyn M. Alamoodi**
**Jocelyn M. Alamoodi**
Signature of Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    Jocelyn M. Alamoodi

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                **110**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 21, 2015**

**/s/ Jocelyn M. Alamoodi**
**Jocelyn M. Alamoodi**
Signature of Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re    Jocelyn M. Alamoodi _____,    Case No. _____

_____ Debtor    Chapter _____ 7

## Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | 5TH DISTRICT MUNICIPAL COURT-BRIDGEVIEW<br>10220 S 76TH AVE<br>ATTEN: TRAFFIC DIVISION<br>BRIDGEVIEW, IL 60455 | Priority claims | 1,250.00 |
| 2. | AESTHETIC DERMATOLOGY<br>1009 WEST FULTON MARKET<br>CHICAGO, IL 60607 | Unsecured claims | 250.00 |
| 3. | American Collection Systems<br>811 Green Crest Dr<br>Suite 100<br>Westerville, OH 43081 | Unsecured claims | 1,151.00 |
| 4. | AMERICAN MEDICAL COLLECTION<br>PO BOX 1235<br>ELMSFORD, NY 10523 | Unsecured claims | 138.00 |
| 5. | AMERICAN MEDICAL COLLECTION AGENCY<br>PO BOX 1235<br>ELMSFORD, NY 10523-0935 | Unsecured claims | 980.00 |
| 6. | AMERICAN MEDICAL COLLECTION AGENCY<br>4 WESTCHESTER PLAZA<br>SUITE 110<br>ELMSFORD, NY 10523 | Unsecured claims | 150.00 |
| 7. | AMERICAN MEDICAL COLLECTION AGENCY<br>4 WESTCHESTER PLAZA<br>SUITE 110<br>ELMSFORD, NY 10523 | Unsecured claims | 950.00 |
| 8. | AMERICAN MEDICAL COLLECTION AGENCY<br>PO BOX 1235<br>ELMSFORD, NY 10523 | Unsecured claims | 1,118.00 |
| 9. | AMERICASH LOANS<br>105 W MADISON<br>CHICAGO, IL 60602 | Unsecured claims | 853.37 |
| 10. | Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622 | Unsecured claims | 120.00 |
| 11. | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | Unsecured claims | 560.00 |

In re    Jocelyn M. Alamoodi                                      Case No. _____
                                    Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 12.  Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | Unsecured claims | 0.00 |
| 13.  Capital One<br>virgina<br>Virginga Beach, VA 75621 | Unsecured claims | 523.00 |
| 14.  Certified Services Inc<br>1733 Washington St Ste 2<br>Waukegan, IL 60085 | Unsecured claims | 1,400.00 |
| 15.  CERTIFIED SERVICES INC<br>PO BOX 177<br>WAUKEGAN, IL 60079 | Unsecured claims | 1,500.00 |
| 16.  CHICAGO CHIROPRACTIC CENTER<br>30 SOUTH MICHIGAN AVE<br>SUITE 400<br>ChICAGO, IL 60603 | Unsecured claims | 650.00 |
| 17.  Chk Plus Sys<br>1 Cupsaw Drive<br>Ringwood, NJ 07456 | Unsecured claims | 132.00 |
| 18.  Chk Plus Sys<br>1 Cupsaw Drive<br>Ringwood, NJ 07456 | Unsecured claims | 80.00 |
| 19.  Chk Plus Sys<br>1 Cupsaw Drive<br>Ringwood, NJ 07456 | Unsecured claims | 69.00 |
| 20.  CITIBANK (SOUTH DAKOTA) N.A.<br>PO BOX 390846<br>MAIL STOP SHTX24<br>MINNEAPOLIS, MN 55339 | Unsecured claims | 6,000.00 |
| 21.  CITY 0F CHICAGO DEPARTMENT OF FINANCE<br>121 N LASALLE<br>ATTEN: BANKRUPTCY DEPT<br>CHICAGO, IL 60601 | Unsecured claims | 6,991.00 |
| 22.  CITY COLLEGES OF CHICAGO<br>226 W JACKSON BLVD<br>ATTN: FINANCE DEPART<br>CHICAGO, IL 60601 | Unsecured claims | 2,300.00 |
| 23.  City of Chicago<br>Department of Revenue, Parking Tick<br>333 S. State Street<br>Chicago, IL 60602 | Unsecured claims | 7,000.00 |

In re    Jocelyn M. Alamoodi                                    Case No. _____
                                                    ,
                                    Debtor

## Numbered Listing of Creditors
### (Continuation Sheet)

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 24. | CITY OF CHICAGO<br>121 N LASALLE STREET<br>ROOM 107<br>CHICAGO, IL 60601 | Priority claims | 7,000.00 |
| 25. | CITY OF CHICAGO<br>111 W JACKSON BLD<br>SUITE 600<br>Chicago, IL 60604 | Priority claims | 250.00 |
| 26. | Client Funding<br>368 W Huron St<br>#200<br>Chicago, IL 60601 | Unsecured claims<br>Disputed | 75,000.00 |
| 27. | ComEd<br>3 Lincoln Center<br>Attn: Bkcy Group-Claims Department<br>Oakbrook Terrace, IL 60181 | Unsecured claims | 700.00 |
| 28. | Commonwealth Financial<br>245 Main Street<br>Scranton, PA 18519 | Unsecured claims | 300.00 |
| 29. | Commonwealth Financial<br>245 Main Street<br>Scranton, PA 18519 | Unsecured claims | 241.00 |
| 30. | COMPLETE PAYMENT RECOVERY SERVICES<br>11601 ROOSEVELT BLVD<br>LEGAL DEPT<br>ST PETERSBURG, FL 33716 | Unsecured claims<br>Disputed | 135.00 |
| 31. | Credit Coll<br>Po Box 9136<br>Needham, MA 02494 | Unsecured claims | 138.00 |
| 32. | CREDIT UNION 1<br>450 E 22ND STREET<br>SUITE 250<br>LOMBARD, IL 60148 | Unsecured claims | 3,848.44 |
| 33. | CU RECOVERY INC<br>26263 FOREST BLVD<br>LEGAL DEPT<br>WYOMING, MN 55092 | Unsecured claims | 250.00 |
| 34. | DENTAL WORKS<br>PO BOX 31583<br>INDEPENDENCE, OH 44131 | Unsecured claims | 75.00 |

In re    Jocelyn M. Alamoodi                                         Case No. _____
                          Debtor

## Numbered Listing of Creditors
### (Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 35.  Department of Education/Sallie Mae<br>P.O.Box 740351<br>(800) 722-1300<br>Atlanta, GA 30348 | Unsecured claims<br>Disputed | Unknown |
| 36.  Department of the Treasury<br>Internal Revenue Service<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured claims | 0.00 |
| 37.  Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773 | Unsecured claims | 3,477.00 |
| 38.  Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773 | Unsecured claims | 3,199.00 |
| 39.  Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773 | Unsecured claims | 3,186.00 |
| 40.  Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773 | Unsecured claims | 1,820.00 |
| 41.  Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773 | Unsecured claims | 1,817.00 |
| 42.  Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773 | Unsecured claims | 1,812.00 |
| 43.  Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773 | Unsecured claims | 1,812.00 |
| 44.  Dept Of Ed/navient<br>Po Box 9635<br>Wilkes Barre, PA 18773 | Unsecured claims | 1,425.00 |
| 45.  Devry Inc<br>814 Commerce Dr Ste 100<br>Oak Brook, IL 60523 | Unsecured claims | Unknown |
| 46.  Devry Inc<br>814 Commerce Dr<br>Oak Brook, IL 60523 | Unsecured claims | 500.00 |

In re    Jocelyn M. Alamoodi                            ,      Case No. _____

<center>Debtor</center>

# Numbered Listing of Creditors
### (Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 47.   Divison of Traffic Safety<br>Accident Records Division<br>1340 N 9th St<br>Springfield, IL 62766-0001 | Unsecured claims | 0.00 |
| 48.   Edelstein & Edelstein<br>3825 W Montrose<br>(773) 478-0600<br>Chicago, IL 60618 | Unsecured claims | 2,377.12 |
| 49.   Edfinancial/esa<br>120 N Seven Oaks D<br>Knoxville, TN 37922 | Unsecured claims | 0.00 |
| 50.   Edfinancial/esa<br>120 N Seven Oaks D<br>Knoxville, TN 37922 | Unsecured claims | 0.00 |
| 51.   Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | Unsecured claims | 796.00 |
| 52.   Equifax Credit Information Services<br>Bankruptcy Department<br>P.O Box 740241<br>Atlanta, GA 30374-0241 | Unsecured claims | 0.00 |
| 53.   ERC COLLECTION<br>8014 BAYBERRY ROAD<br>JACKSONVILLE, FL 32256 | Unsecured claims | 620.55 |
| 54.   Escallate Llc<br>5200 Stoneham Rd<br>North Canton, OH 44720 | Unsecured claims | 599.00 |
| 55.   Escallate Llc<br>5200 Stoneham Rd<br>North Canton, OH 44720 | Unsecured claims | 227.00 |
| 56.   Escallate Llc<br>5200 Stoneham Rd<br>North Canton, OH 44720 | Unsecured claims | 113.00 |
| 57.   Experian<br>Bankruptcy Dept<br>P.O.Box 2002<br>Allen, TX 75013 | Unsecured claims | 0.00 |
| 58.   Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | Unsecured claims | 24,889.00 |

In re     Jocelyn M. Alamoodi

Case No. _____

Debtor

## Numbered Listing of Creditors
### (Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 59. Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | Unsecured claims | 3,824.00 |
| 60. Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | Unsecured claims | 3,104.00 |
| 61. Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | Unsecured claims | 1,960.00 |
| 62. Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | Unsecured claims | 0.00 |
| 63. Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | Unsecured claims | 0.00 |
| 64. Fed Loan Serv<br>Po Box 60610<br>Harrisburg, PA 17106 | Unsecured claims | 0.00 |
| 65. FED LOAN US DEPARTMENT OF EDUCATION<br>PO BOX 530210<br>ATLANTA, GA 30353 | Unsecured claims<br>Disputed | Unknown |
| 66. First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | Unsecured claims | 533.00 |
| 67. GENERAL REVENUE CORPORATION<br>PO BOX 49599<br>STUDENT BILLING<br>CINCINNATI, OH 45249 | Unsecured claims | 750.00 |
| 68. Global Pymt<br>Po Box 61158<br>Chicago, IL 60666 | Unsecured claims | 179.00 |
| 69. Global Pymt<br>Po Box 61158<br>Chicago, IL 60666 | Unsecured claims | 144.00 |
| 70. Global Pymt<br>Po Box 61158<br>Chicago, IL 60666 | Unsecured claims | 130.00 |
| 71. Greentree<br>Po Box 460700<br>Escondido, CA 92046 | Unsecured claims | 0.00 |

In re   Jocelyn M. Alamoodi

Case No. _____

_____,
Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 72.   HEALTH LAB<br>25 NORTH WINFIELD ROAD<br>ATTEN: CENTRAL DUPAGE ACCOUNTS DEPT<br>WINFIELD, IL 60190 | Unsecured claims | 1,663.75 |
| 73.   Honor Finance<br>1731 Central St<br>Evanston, IL 60201 | Unsecured claims | 6,666.00 |
| 74.   Honor Finance<br>1731 Central St<br>Evanston, IL 60201 | Unsecured claims | 6,666.00 |
| 75.   Hsbc Bank<br>Po Box 9<br>Buffalo, NY 14240 | Unsecured claims | 0.00 |
| 76.   IL BONE AND JOINT INSTITUTE<br>5057 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Unsecured claims | 213.00 |
| 77.   IL BONE AND JOINT INSTITUTE<br>5057 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Unsecured claims | 250.00 |
| 78.   Il Dept of Human Services<br>100 South Grand Ave East<br>(800) 843-6154<br>Springfield, IL 62762 | Unsecured claims | 0.00 |
| 79.   Il Dept of Transportation<br>Div of Trans/ Crash Records Section<br>130 North 9th St<br>Springfield, IL 62766-0020 | Unsecured claims | 0.00 |
| 80.   ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 3044<br>DEPT HOVS 037<br>LIVONIA, MI 48151 | Unsecured claims<br>Disputed | 550.00 |
| 81.   ILLINOIS DEPARTMENT OF TRANSPORTATION<br>2300 S DIRKSEN PARKWAY<br>CLAIMS DEPARTMENT<br>SPRINGFIELD, IL 62764 | Priority claims | 2,100.00 |
| 82.   Illinois Tollway<br>2700 Ogden Ave<br>Downers Grove, IL 60515 | Unsecured claims | 567.00 |
| 83.   Internal Revenue Service<br>230 S Dearborn St,<br>Rm 2650 CHI 5115<br>Chicago, IL 60604-1505 | Priority claims<br>Disputed | 3,466.00 |

In re    Jocelyn M. Alamoodi                                   Case No. _____

                                          Debtor

## Numbered Listing of Creditors
### (Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 84.   IRS<br>9999999<br>Kansas City, KS 99999 | Priority claims<br>Disputed | 3,466.00 |
| 85.   JAMES T. GATELY<br>8233 W 185TH STREET<br>TINLEY PARK, IL 60487 | Unsecured claims | 650.00 |
| 86.   Kindwald Law Office PCX<br>105 W Madison Suite 1800<br>(312) 229-1675<br>Chicago, IL 60602 | Unsecured claims | 2,164.50 |
| 87.   KROGER<br>PO BOX 1259<br>DEPT 86130<br>OAKS, PA 19456 | Unsecured claims | 239.96 |
| 88.   Law Offices of Gregory Oltman<br>77 W. Jackson #520<br>(312) 263-7180 for State Farm<br>Chicago, IL 60602 | Unsecured claims | 3,198.00 |
| 89.   LIFESTYLE CHIROPRACTIC<br>1746 EAST 55TH STREET<br>CHICAGO, IL 60615 | Unsecured claims | 17,500.00 |
| 90.   Linebarger Goggan Blair & Sampson<br>Attorneys at Law<br>P O Box 06152<br>Chicago, IL 60606-0152 | Unsecured claims | 300.00 |
| 91.   MARKOFF LAW LLC<br>29 NORTH WACKER DRIVE<br>SUITE 500<br>Chicago, IL 60606 | Unsecured claims<br>Disputed | 18,910.02 |
| 92.   Maximum<br>12021 S. Harlem Ave<br>PALOS HEIGHTS, IL 60463 | Unsecured claims | 2,636.00 |
| 93.   Meade & Assc<br>737 Enterprise Dr<br>Westerville, OH 43081 | Unsecured claims | 326.00 |
| 94.   Meade & Assc<br>737 Enterprise Dr<br>Westerville, OH 43081 | Unsecured claims | 171.00 |
| 95.   Meade & Assc<br>737 Enterprise Dr<br>Westerville, OH 43081 | Unsecured claims | 54.00 |

In re    Jocelyn M. Alamoodi

Case No. _____

Debtor

## Numbered Listing of Creditors
### (Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 96. Meade & Associates<br>5500 New Albany Rd<br>New Albany, OH 43054 | Unsecured claims | 326.00 |
| 97. Meade & Associates<br>5500 New Albany Rd<br>New Albany, OH 43054 | Unsecured claims | 171.00 |
| 98. Meade & Associates<br>5500 New Albany Rd<br>New Albany, OH 43054 | Unsecured claims | 54.00 |
| 99. MERCY MEDICAL CENTER<br>2525 SOUTH MICHIGAN AVE<br>Chicago, IL 60616 | Unsecured claims | 150.00 |
| 100. Metabank-ultravx Visa<br>6550 S. Millrock<br>Salt Lake City, UT 84121 | Unsecured claims | 0.00 |
| 101. Midstate Collection So<br>Po Box 3292<br>Champaign, IL 61826 | Unsecured claims | 1,517.00 |
| 102. MIDSTATE COLLECTIONS<br>PO BOX 3292<br>C/O PRAIRIE STATE COLLEGE<br>CHAMPAIGN, IL 61826 | Unsecured claims | 2,000.00 |
| 103. Municollofam<br>3348 Ridge Road<br>Lansing, IL 60438 | Unsecured claims | 378.00 |
| 104. Ndc Ck Svc<br>Po Box 661158<br>Chicago, IL 60666 | Unsecured claims | 179.00 |
| 105. Ndc Ck Svc<br>Po Box 661158<br>Chicago, IL 60666 | Unsecured claims | 144.00 |
| 106. Ndc Ck Svc<br>Po Box 661158<br>Chicago, IL 60666 | Unsecured claims | 144.00 |
| 107. Ndc Ck Svc<br>Po Box 661158<br>Chicago, IL 60666 | Unsecured claims | 130.00 |
| 108. NEUROLOGY ASSOCIATES LTD<br>PO BOX 1187<br>HARVEY, IL 60426 | Unsecured claims | 30.00 |

In re   Jocelyn M. Alamoodi                                          Case No. _____

Debtor

## Numbered Listing of Creditors
### (Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 109. Nicholas Financial Inc<br>2454 Mcmullen Booth Bldg<br>Clearwater, FL 33759 | Unsecured claims | 12,408.16 |
| 110. Nicor Gas<br>Bankruptcy Dept<br>POB 2020<br>Aurora, IL 60507-0310 | Unsecured claims | 200.00 |
| 111. NORTHWESTERN MEDICINE<br>28155 NETWORK PLACE<br>CHICAGO, IL 60673 | Unsecured claims | 1,300.00 |
| 112. ORCHARD BANK HSBC<br>PO BOX 12914<br>DISPUTES DEPARTMENT<br>NORFOLK, VA 23502 | Unsecured claims<br>Disputed | 3,342.11 |
| 113. People Gas<br>200 W Randolph<br>Customer service<br>Chicago, IL 60601 | Unsecured claims | 600.00 |
| 114. Peoples Gas<br>Chicago, IL 60687-0001 | Unsecured claims | 300.00 |
| 115. Portfolio Recovery Ass<br>287 Independence<br>Virginia Beach, VA 23462 | Unsecured claims | 10,026.00 |
| 116. Portfolio Recovery Ass<br>287 Independence<br>Virginia Beach, VA 23462 | Unsecured claims | 3,342.00 |
| 117. Portfolio Recovery Ass<br>287 Independence<br>Virginia Beach, VA 23462 | Unsecured claims | 443.00 |
| 118. Prairie State College<br>202 S Halsted<br>Atten: Business Office<br>Chicago Heights, IL 60411 | Unsecured claims | 2,500.00 |
| 119. Recovery One Llc<br>3240 Henderson Rd<br>Columbus, OH 43220 | Unsecured claims | 307.00 |
| 120. ROBERT MORRIS UNIVERSITY<br>181 MONTOUR RUN ROAD<br>CORAOPOLIS, PA 15108-9408 | Unsecured claims | 300.00 |

In re    Jocelyn M. Alamoodi                                               Case No. _____

_____
                                                    Debtor

## Numbered Listing of Creditors
### (Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 121. Robert Morrs<br>401 S State St Lbby 140<br>Chicago, IL 60605 | Unsecured claims | 0.00 |
| 122. Sallie Mae<br>Po Box 9655<br>Wilkes Barre, PA 18773 | Unsecured claims | Unknown |
| 123. Secretary of State<br>Drivers Services Depart, Traffic V<br>2701 S. Dirksen Pwy<br>Springfield, IL 62723-0001 | Unsecured claims | 0.00 |
| 124. SECRETARY OF STATE<br>17 N STATE STREET<br>ATTEN: BANKRUPTCY DEPT<br>CHICAGO, IL 60601 | Priority claims | 2,500.00 |
| 125. Slm Entities/glelsi<br>Great Lakes Borrow Services<br>Po Box 7860<br>Madison, WI 53707 | Unsecured claims | 0.00 |
| 126. Slm Entities/glelsi<br>Great Lakes Borrow Services<br>Po Box 7860<br>Madison, WI 53707 | Unsecured claims | 0.00 |
| 127. Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037 | Unsecured claims | 0.00 |
| 128. Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037 | Unsecured claims | 0.00 |
| 129. Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037 | Unsecured claims | 0.00 |
| 130. Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037 | Unsecured claims | 0.00 |
| 131. Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037 | Unsecured claims | 0.00 |
| 132. SPM CAPITAL LLC<br>3501 W ALGONQUIN ROAD<br>LEGAL DEPT STE 340<br>ROLLING MEADOWS, IL 60008 | Unsecured claims<br>Disputed | 6,800.00 |

In re   Jocelyn M. Alamoodi _____,   Case No. _____

Debtor

## Numbered Listing of Creditors
(Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 133. Sprint nextel<br>6200 Sprint Pkwy<br>Bankruptcy Department<br>Overland Park, KS 66251 | Unsecured claims<br>Disputed | 700.00 |
| 134. ST MARGARET MERCY HEALTHCARE CENTERS<br>5454 HOHMAN AVE<br>MEDICAL RECORDS / BILLING<br>HAMMOND, IN 46320 | Secured claims | 4,000.00 |
| 135. State of Illinois<br>Dept. Employment Security<br>POBox 4385 Benefit repayments<br>Chicago, IL 60680-4385 | Unsecured claims | 0.00 |
| 136. TransUnion<br>Bankruptcy Department<br>P.O.Box 1000<br>Chester, PA 19022 | Unsecured claims | 0.00 |
| 137. TRS RECOVERY<br>PO BOX 173809<br>DENVER, CO 80217 | Unsecured claims | 346.01 |
| 138. UIC Medical Center<br>1701 W Taylor street<br>Chicago, IL 60629 | Unsecured claims | 2,500.00 |
| 139. UIC Medical Center<br>1701 W Taylor street<br>Chicago, IL 60629 | Unsecured claims | 2,500.00 |
| 140. UIC MEDICAL CENTER<br>1801 W TAYLOR<br>MEDICAL RECORDS / BILLING<br>Chicago, IL 60619 | Unsecured claims | 5,000.00 |
| 141. UNEMPLOYMENT SECURITY<br>33 N STATE STREET<br>cHICAGO, IL 60604 | Priority claims<br>Disputed | 6,500.00 |
| 142. UNEMPLOYMENT SECURITY<br>33 N STATE STREET<br>cHICAGO, IL 60604 | Priority claims<br>Disputed | 6,500.00 |
| 143. University Of Phoenix<br>4615 E Elwood St Fl 3<br>Phoenix, AZ 85040 | Unsecured claims | 0.00 |
| 144. Us Dep Ed<br>Po Box 5609<br>Greenville, TX 75403 | Unsecured claims | 0.00 |

In re    **Jocelyn M. Alamoodi**                                                    Case No. _____

                                    Debtor

## Numbered Listing of Creditors
### (Continuation Sheet)

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 145.  Us Dep Ed<br>Po Box 5609<br>Greenville, TX 75403 | **Unsecured claims** | 0.00 |
| 146.  Us Dep Ed<br>Po Box 5609<br>Greenville, TX 75403 | **Unsecured claims** | 0.00 |
| 147.  **WOMAN TO WOMAN HEALTHCARE**<br>**41 EAST 8TH STREET**<br>**CHICAGO, IL 60601** | **Unsecured claims** | 750.00 |

## DECLARATION

I, the above-named Debtor, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors and that it is true and correct to the best of my information and belief.

Date___**August 21, 2015**_____

Signature **/s/ Jocelyn M. Alamoodi**
          **Jocelyn M. Alamoodi**
          Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

.

5TH DISTRICT MUNICIPAL COURT-BRIDGEVIEW
10220 S 76TH AVE
ATTEN: TRAFFIC DIVISION
BRIDGEVIEW, IL 60455


AESTHETIC DERMATOLOGY
1009 WEST FULTON MARKET
CHICAGO, IL 60607


American Collection Systems
811 Green Crest Dr
Suite 100
Westerville, OH 43081


AMERICAN MEDICAL COLLECTION
PO BOX 1235
ELMSFORD, NY 10523


AMERICAN MEDICAL COLLECTION AGENCY
PO BOX 1235
ELMSFORD, NY 10523-0935


AMERICAN MEDICAL COLLECTION AGENCY
4 WESTCHESTER PLAZA
SUITE 110
ELMSFORD, NY 10523


AMERICAN MEDICAL COLLECTION AGENCY
PO BOX 1235
ELMSFORD, NY 10523


AMERICASH LOANS
105 W MADISON
CHICAGO, IL 60602


Atg Credit
1700 W Cortland St Ste 2
Chicago, IL 60622


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
virgina
Virginga Beach, VA 75621


Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085


CERTIFIED SERVICES INC
PO BOX 177
WAUKEGAN, IL 60079


CHICAGO CHIROPRACTIC CENTER
30 SOUTH MICHIGAN AVE
SUITE 400
ChICAGO, IL 60603


Chk Plus Sys
1 Cupsaw Drive
Ringwood, NJ 07456


CITIBANK (SOUTH DAKOTA) N.A.
PO BOX 390846
MAIL STOP SHTX24
MINNEAPOLIS, MN 55339


CITY 0F CHICAGO DEPARTMENT OF FINANCE
121 N LASALLE
ATTEN: BANKRUPTCY DEPT
CHICAGO, IL 60601


CITY COLLEGES OF CHICAGO
226 W JACKSON BLVD
ATTN: FINANCE DEPART
CHICAGO, IL 60601


City of Chicago
Department of Revenue, Parking Tick
333 S. State Street
Chicago, IL 60602


CITY OF CHICAGO
121 N LASALLE STREET
ROOM 107
CHICAGO, IL 60601

CITY OF CHICAGO
111 W JACKSON BLD
SUITE  600
Chicago, IL 60604


City of Chicago
 Department of Revenue
POBox 88292
Chicago, IL 60680-1292


Client Funding
368 W Huron St
#200
Chicago, IL 60601


ComEd
3 Lincoln Center
Attn: Bkcy Group-Claims Department
Oakbrook Terrace, IL 60181


Commonwealth Financial
245 Main Street
Scranton, PA 18519


COMPLETE PAYMENT RECOVERY SERVICES
11601 ROOSEVELT BLVD
LEGAL DEPT
ST PETERSBURG, FL 33716


Credit Coll
Po Box 9136
Needham, MA 02494


CREDIT UNION 1
450 E 22ND STREET
SUITE 250
LOMBARD, IL 60148


CU RECOVERY INC
26263 FOREST BLVD
LEGAL DEPT
WYOMING, MN 55092


DENTAL WORKS
PO BOX 31583
INDEPENDENCE, OH 44131

Department of Education/Sallie Mae
P.O.Box 740351
(800) 722-1300
Atlanta, GA 30348


Department of the Treasury
Internal Revenue Service
P.O.Box 7346
Philadelphia, PA 19101-7346


Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA 18773


Devry Inc
814 Commerce Dr Ste 100
Oak Brook, IL 60523


Devry Inc
814 Commerce Dr
Oak Brook, IL 60523


Divison of Traffic Safety
Accident Records Division
1340 N 9th St
Springfield, IL 62766-0001


Edelstein & Edelstein
3825 W Montrose
(773) 478-0600
Chicago, IL 60618


Edfinancial/esa
120 N Seven Oaks D
Knoxville, TN 37922


Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256


Equifax Credit Information Services
Bankruptcy Department
P.O Box 740241
Atlanta, GA 30374-0241

ERC COLLECTION
8014 BAYBERRY ROAD
JACKSONVILLE, FL 32256


Escallate Llc
5200 Stoneham Rd
North Canton, OH 44720


Experian
Bankruptcy Dept
P.O.Box 2002
Allen, TX 75013


Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106


FED LOAN US DEPARTMENT OF EDUCATION
PO BOX 530210
ATLANTA, GA 30353


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


GENERAL REVENUE CORPORATION
PO BOX 49599
STUDENT BILLING
CINCINNATI, OH 45249


Global Pymt
Po Box 61158
Chicago, IL 60666


Greentree
Po Box 460700
Escondido, CA 92046


Harris & Harris
600 W Jackson Blvd, Suite 400
Chicago, IL 60661

Harris & Harris
222 Merchandise Mart Plaza
Suite 1900
Chicago, IL 60654


HEALTH LAB
25 NORTH WINFIELD ROAD
ATTEN: CENTRAL DUPAGE ACCOUNTS DEPT
WINFIELD, IL 60190


Honor Finance
1731 Central St
Evanston, IL 60201


Hsbc Bank
Po Box 9
Buffalo, NY 14240


IL BONE AND JOINT INSTITUTE
5057 PAYSPHERE CIRCLE
CHICAGO, IL 60674


Il Dept of Human Services
100 South Grand Ave East
(800) 843-6154
Springfield, IL 62762


IL Dept of Human Services
401 S. Clinton Street
(800) 843-6154
Chicago, IL 60607


Il Dept of Transportation
Div of Trans/ Crash Records Section
130 North 9th St
Springfield, IL 62766-0020


ILLINOIS DEPARTMENT OF REVENUE
PO BOX 3044
DEPT HOVS 037
LIVONIA, MI 48151


ILLINOIS DEPARTMENT OF TRANSPORTATION
2300 S DIRKSEN PARKWAY
CLAIMS DEPARTMENT
SPRINGFIELD, IL 62764

Illinois Tollway
2700 Ogden Ave
Downers Grove, IL 60515


Internal Revenue Service
230 S Dearborn St,
Rm 2650 CHI 5115
Chicago, IL 60604-1505


IRS
9999999
Kansas  City, KS 99999


JAMES T. GATELY
8233 W 185TH STREET
TINLEY PARK, IL 60487


Julianna Robertson, Esq
7915 S Emerson B230
for Nicholas Financial
Indianapolis, IN 46237


Kindwald Law Office PCX
105 W Madison Suite 1800
(312) 229-1675
Chicago, IL 60602


KROGER
PO BOX 1259
DEPT 86130
OAKS, PA 19456


Landlord


Law Offices of Gregory Oltman
77 W. Jackson #520
(312) 263-7180 for State Farm
Chicago, IL 60602


LIFESTYLE CHIROPRACTIC
1746 EAST 55TH STREET
CHICAGO, IL 60615

Linebarger Goggan Blair & Sampson
Attorneys at Law
P O Box 06152
Chicago, IL 60606-0152


MARKOFF LAW LLC
29 NORTH WACKER DRIVE
SUITE 500
Chicago, IL 60606


Maximum
12021 S. Harlem Ave
PALOS HEIGHTS, IL 60463


Meade & Assc
737 Enterprise Dr
Westerville, OH 43081


Meade & Associates
5500 New Albany Rd
New Albany, OH 43054


MERCY MEDICAL CENTER
2525 SOUTH MICHIGAN AVE
Chicago, IL 60616


Metabank-ultravx Visa
6550 S. Millrock
Salt Lake City, UT 84121


Midstate Collection So
Po Box 3292
Champaign, IL 61826


MIDSTATE COLLECTIONS
PO BOX 3292
C/O PRAIRIE STATE COLLEGE
CHAMPAIGN, IL 61826


Municollofam
3348 Ridge Road
Lansing, IL 60438

Ndc Ck Svc
Po Box 661158
Chicago, IL 60666


NEUROLOGY ASSOCIATES LTD
PO BOX 1187
HARVEY, IL 60426


Nicholas Financial Inc
2454 Mcmullen Booth Bldg
Clearwater, FL 33759


Nicor Gas
Bankruptcy Dept
POB 2020
Aurora, IL 60507-0310


NORTHWESTERN MEDICINE
28155 NETWORK PLACE
CHICAGO, IL 60673


ORCHARD BANK HSBC
PO BOX 12914
DISPUTES DEPARTMENT
NORFOLK, VA 23502


People Gas
200 W Randolph
Customer service
Chicago, IL 60601


Peoples Gas
Chicago, IL 60687-0001


Portfolio Recovery Ass
287 Independence
Virginia Beach, VA 23462


Prairie State College
202 S Halsted
Atten: Business Office
Chicago Heights, IL 60411

Recovery One Llc
3240 Henderson Rd
Columbus, OH 43220


ROBERT MORRIS UNIVERSITY
181 MONTOUR RUN ROAD
CORAOPOLIS, PA 15108-9408


Robert Morrs
401 S State St Lbby 140
Chicago, IL 60605


Sallie Mae
Po Box 9655
Wilkes Barre, PA 18773


Secretary of State
Drivers Services Depart, Traffic V
2701 S. Dirksen Pwy
Springfield, IL 62723-0001


SECRETARY OF STATE
17 N STATE STREET
ATTEN: BANKRUPTCY DEPT
CHICAGO, IL 60601


Slm Entities/glelsi
Great Lakes Borrow Services
Po Box 7860
Madison, WI 53707


Slm Financial Corp
11100 Usa Pkwy
Fishers, IN 46037


SPM CAPITAL LLC
3501 W ALGONQUIN ROAD
LEGAL DEPT STE 340
ROLLING MEADOWS, IL 60008


Sprint nextel
6200 Sprint Pkwy
Bankruptcy Department
Overland Park, KS 66251

ST MARGARET MERCY HEALTHCARE CENTERS
5454 HOHMAN AVE
MEDICAL RECORDS / BILLING
HAMMOND, IN 46320


State of Illinois
Dept. Employment Security
POBox 4385 Benefit repayments
Chicago, IL 60680-4385


TransUnion
Bankruptcy Department
P.O.Box 1000
Chester, PA 19022


TRS RECOVERY
PO BOX 173809
DENVER, CO 80217


UIC Medical Center
1701 W Taylor street
Chicago, IL 60629


UIC MEDICAL CENTER
1801 W TAYLOR
MEDICAL RECORDS / BILLING
Chicago, IL 60619


UNEMPLOYMENT SECURITY
33 N STATE STREET
cHICAGO, IL 60604


University Of Phoenix
4615 E Elwood St Fl 3
Phoenix, AZ 85040


Us Dep Ed
Po Box 5609
Greenville, TX 75403


WOMAN TO WOMAN HEALTHCARE
41 EAST 8TH STREET
CHICAGO, IL 60601